IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 08-200 |
| | ) |
| ANDRES SEGUNDO CAMPOS, | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 17th day of July, 2008, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered June 5, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Monday, July 21, 2008 at 2 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Constance Bowden,
    Assistant United States Attorney

   Linda E. J. Cohn,
   Assistant Federal Public Defender

   Ana Lahr,
   Court Interpreter

   U.S. Marshal

   U.S. Pretrial Services

   U.S. Probation